UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOTICOL CHASTANG,<br><br>  Plaintiff,<br><br>  v.<br><br>D. BAUGHMAN, et al.,<br><br>  Defendants. | No. 2:16-cv-2080 JAM KJN P<br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel. On August 3, 2018, defendants filed a motion for summary judgment. On September 11, 2018, plaintiff was ordered to file his opposition within fourteen days. On September 12, 2018, plaintiff filed a motion for extension of time to file an opposition to defendants' motion for summary judgment, which was signed by plaintiff on September 5, 2018. Plaintiff seeks a 90-day extension of time on the grounds that he was placed in administrative segregation on August 9, 2018, and when his property was returned, half of his legal documents, research and summary judgment were missing. (ECF No. 44.)

Good cause appearing, defendants shall respond to plaintiff's motion for extension of time within fourteen days from the date of this order. Such response shall include addressing whether plaintiff has possession of defendants' motion for summary judgment and supporting documents.

////

////

IT IS HEREBY ORDERED that within fourteen days from the date of this order, defendants shall respond to plaintiff's motion for a 90-day extension of time (ECF No. 44).

Dated: September 17, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

chas2080.fb